IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN L. PERDUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:04CV799-M |
| | ) | [WO] |
| C. HAGER & SONS HINGE MFG., | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Upon consideration of the plaintiff's Motion To Extend The Discovery Deadline (Doc. # 41), and the defendant's response, filed on 15 June 2005 (Doc. # 42), it is

ORDERED that the motion is GRANTED.  To facilitate the parties' abilities to meet the pretrial deadlines, the court has entered an Amended Scheduling Order on this date.

DONE this 30th day of June, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE