IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN L. PERDUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04CV799-M |
| ) | [WO] |
| C. HAGER & SONS HINGE MFG. ) | |
| COMPANY, INC., et al. ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

Upon consideration of the Memorandum Opinion and Order on Motion entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of defendants C. Hager & Sons Hinge Manufacturing Company, Inc., and Hager Hinge Co., Inc. and against the plaintiff, John L. Perdue.

DONE this 2nd day of November, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE